# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00487-CV

**Shane Steiner and Robert Lee Steiner, Appellants**

**v.**

**T. C. ("Buck") Steiner, Deceased, Appellee**

### FROM THE COUNTY COURT AT LAW OF BASTROP COUNTY
### NO. G-37, HONORABLE JEROME JONES, JUDGE PRESIDING

On February 12, 2002, the parties filed a joint motion asking this Court to dismiss the appeal as the parties have settled all matters in controversy. The motion is granted and the appeal is dismissed.

Jan P. Patterson, Justice

Before Justices Kidd, Yeakel and Patterson

Dismissed on Joint Motion

Filed: February 28, 2002

Do Not Publish